*In re* ANDRÉS VILLANUEVA LAGUER.

*Número:* 5069          *Resuelto:* 1ro de diciembre de 1995

*Carmen H. Carlos de Dávila*, Directora de la Oficina de Inspección de Notarías.

## RESOLUCIÓN

Examinada la comunicación de 1ro de noviembre de 1995 de la Lcda. Carmen H. Carlos de Dávila, Directora de la Oficina de Inspección de Notarías, *se suspende temporalmente, y hasta que otra cosa disponga el Tribunal, del ejercicio de la notaría al abogado Andrés Villanueva Laguer. Se le ordena al Alguacil General de este Tribunal que proceda a incautarse, de inmediato, de la obra notarial del abogado Andrés Villanueva Laguer y que entregue la misma, para el correspondiente examen e informe, a la referida Oficina de Inspección de Notarías.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
                    *Secretario General*